AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br><br>Victoria Gabriela Rodriguez-Morales<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 23-1259(M)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 23, 2023 to October 28, 2023  in the county of _____ in the
_____ District of  Puerto Rico  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Threatening Interstate Communications |

This criminal complaint is based on these facts:

See attached affidavit.
The United States requests that defendant be detained and moves for a three-day continuance under
18 U.S.C. § 3142(f).
Approved by AUSA Jeanette M. Collazo-Ortiz

☑ Continued on the attached sheet.

*Complainant's signature*

Kevin Vázquez, Special Agent FBI
*Printed name and title*

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 9:46 AM, this
___ day of November 2023, in San Juan, Puerto Rico.

Date:  11/22/2023

*Judge's signature*

City and state:  San Juan, Puerto Rico          Marshal D. Morgan, U.S. Magistrate Judge
*Printed name and title*