Victoria Gabriela Rodriguez-Morales
Criminal Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF **VICTORIA GABRIELA RODRIGUEZ- MORALES** | Case No. 23- *1259(m)* <br><br> **Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR AN ARREST WARRANT

I, Kevin Vázquez, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I have been employed as a Special Agent with the Federal Bureau of Investigation ("FBI") since April 2023.  I am assigned to the FBI San Juan Computer Intrusion Program. I am also temporarily assigned on a part-time basis to the FBI San Juan Violent Incident Crimes Program.  I have received training in conducting criminal and national security investigations on a variety of federal crimes involving cyber-criminal, counterintelligence, counterterrorism, drug trafficking and violent crime violations. I have acquired other extensive experience investigating federal violations through my daily investigative responsibilities. Previously, I was an FBI Intelligence Analyst from May 2019 until April 2023, during which time I worked on criminal and national security intelligence matters for various federal violations and programs and supported ongoing criminal and national security investigations for various federal violations and programs to include, but not limited to, cyber-criminal, counterintelligence, violent crimes, and counterterrorism.

2.      I possess extensive experience in other investigative matters such as interviewing witnesses, informants, and victims, and the execution of search warrants to collect a variety of different types of evidence pertinent to state and federal investigations, and including the

1

preservation and processing of crime scenes, as well as physical, digital, and DNA evidence. The facts in this affidavit are derived from my personal observations during this investigation, my training and experience, and information obtained from other state and federal agents, witnesses, computer scientists, and analysts, with whom I have worked and have found to be credible and reliable.  This affidavit is intended to show merely that there is sufficient **probable cause** for the requested arrest warrant and does not set forth all my knowledge about the discussed matter.

3.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, <u>United States Code</u>, Sections 875(c) - Threatening Interstate Communications - have been committed by Victoria Gabriela RODRIGUEZ-MORALES, who is currently residing in Puerto Rico. Therefore, I respectfully request the Court approve the submitted complaint and issue an arrest warrant for Victoria Gabriela RODRIGUEZ-MORALES.

## **BACKGROUND**

4.      Since 2020, the United States (through the FBI and the US Secret Service) has been investigating a series of violent threats in violation of Title 18, <u>United States Code</u> Section 875(c) - Threatening Interstate Communications - directed at public institutions, public officials, and private citizens in Uvalde, Texas, and other Texas areas, from operator(s) in Puerto Rico.

5.      The investigation identified the main suspect for these threatening communications as Victoria Gabriela RODRIGUEZ-MORALES, a young female resident of Puerto Rico, who was been previously investigated, since at least 2018, in Texas, for the same type of threats directed at Uvalde officials, citizens, and facilities.

6.      The investigation further revealed that RODRIGUEZ-MORALES and her mother, V.M.H., previously resided in Uvalde, Texas. RODRIGUEZ-MORALES faced juvenile

delinquency proceedings in Texas and was placed in the custody of a Juvenile Center. During her

detention, on or about 2018, she sent email threats to kill public officials, shoot schools, and kill

teachers and students. Per official documents related to the case, RODRIGUEZ-MORALES

admitted the conduct. Subsequently, as a condition for RODRIGUEZ-MORALES' release from

juvenile supervision, on or about May of 2020, RODRIGUEZ-MORALES and family relocated

to Puerto Rico.

7.      The pattern of threats directed at Uvalde officials and institutions continued

throughout the years 2020, 2021, 2022, and continue to take place in 2023. For example, in

September 2020, RODRIGUEZ-MORALES, using her mother's phone number ending in 5506

and another relative's phone ending in 9269, made repeated calls to the Uvalde Police, the Uvalde

High School, the Morales Junior High School, the Texas Public Safety Department - Texas

Rangers Uvalde, the Uvalde Fire Department, and the Uvalde High School Department of Human

Resources. She also sent threatening emails.

8.      On May 24, 2022, a young male by the name of Salvador Ramos, shot and killed

19 students and 2 teachers at the Robb Elementary School in Uvalde, Texas. Many other victims

suffered injuries. After the massacre, public institutions and officials in Uvalde, Texas, continued

to receive threats originating in Puerto Rico. Many of the threats by RODRIGUEZ-MORALES

reference the events committed by Salvador Ramos on May 24, 2022, at Robb Elementary in

Uvalde.

9.      At the time of the aforementioned threats, RODRIGUEZ-MORALES was still a

juvenile. As of August 2022, RODRIGUEZ-MORALES turned 18 years of age. Authorities and

individuals in Texas have continued to receive threats through emails and electronic messages that

originate in Puerto Rico.

10.     As detailed below, through court orders and search warrants, the FBI San Juan has identified Victoria Gabriela RODRIGUEZ MORALES, resident of the District of Puerto Rico, as the operator of the offending accounts.

## PROBABLE CAUSE

### THREATS MADE BY INSTAGRAM ACCOUNT @PILON_GABY[1]

11.     On or about April 23, 2023, according to the Texas Department of Public Safety, an Uvalde Leader News employee received a threat via Instagram from Instagram account @pilon_gaby over the "Direct Message" function stating:

>  a.  *I told Pete Arredondo weeks ago after the massacre happened I told him that I was going to send someone for me to do it So you all got what y'all deserved And there's more coming So don't prepare.*[2]

12.     Per Meta Platforms federal search warrant returns for Instagram account @pilon_gaby, on May 20, 2023, Instagram user @pilon_gaby commented the following on an Instagram post by "salv_8dor (57024017115)":

>  a.  *@james_060703 theres no such differences. You all sane people have that one fire place where you throw woods and it burns like hell. Salvador wasnt alone , he just dint wait for the right time. The time i told him Were all MAD HERE 😡😡😡. We were suposed to commit that massacre together. So shut up. Cause u really dint know him…#petearredondo#.*

13.     Per Meta Platforms federal search warrant returns for Instagram account @pilon_gaby, on May 20, 2023, Instagram user @pilon_gaby commented the following on an Instagram post by "Newsradio WTAM 1100 (305642481)":

>  a.  *And pete arredondo was the police commissioner that got fired cause of my fault and im glad he knew what was gonna happen. Pete was scared that it*

---

[1] Third party individual accounts have been redacted by substituting * in the place of certain characters.
[2] Pete Arrendondo is the former Chief of Police of Uvalde, Texas. He was the police chief at the time Salvador Ramos committed the Robb Elementary School massacre in Uvalde, Texas.

Victoria Gabriela Rodriguez-Morales
Criminal Complaint

*was going to be me when he went to Robb while the shooting, because imma ****and he received daily phone calls made by me so he was scared that if they need to get in theill have to shoot me thats why he dint though about breaking inside the classroom cause he dint want to hurt me I was only 17 by the time So he dint want to kill a minor because of his sane mind* 🤬🤬🤬❤️❤️❤️🤬🤬🤪🤪🤪 *He saw it coming*

14.    Per Meta Platforms federal search warrant returns for Instagram account @pilon_gaby, on May 21, 2023, Instagram user @pilon_gaby commented the following on an Instagram post by "City of Uvalde (47188844416)":

    a.  *Y'all mother fucker will get what you deserve I will haunt everyone from class 2022 to 2023 Each and every single one of y'all will die in the name of Salvador I have a whole clown crew waiting for my signal to start the plan…" , "…Them kids at the Robb elementary deserved those bullets They deserved to die I'm glad tho That my ex could accomplish something we both wanted to do* 🤪🤪 *It's lovely But the fact that more blood is going to be drained through my hands, it makes me horny. We are really prepared I have a friend that is in Arizona and if he receives shit about me he will shoot his high school So don't report unles you want people to die faster Enjoy life while y'all can Cause mine is dedicated to killing you all…*

15.    Per Meta Platforms federal search warrant returns for Instagram account @pilon_gaby, on May 21, 2023, Instagram user @pilon_gaby commented the following on an Instagram post by "UvaldePoliceExplorers_300 (6163055823)":

    a.  *pm Y'all mother fucker will get what you deserve I will haunt everyone from class 2022 to 2023 Each and every single one of y'all will die in the name of Salvador I have a whole clown crew waiting for my signal to start the plan…*

    b.  *… But the fact that more blood is going to be drained through my hands, it makes me horny. We are really prepared I have a friend that is in Arizona and if he receives shit about me he will shoot his high school So don't report unles you want people to die faster Enjoy life while y'all can Cause mine is dedicated to killing you all…*

16.    Per Meta Platforms federal search warrant returns for Instagram account @pilon_gaby, on May 21, 2023, Instagram user @pilon_gaby commented the following on an Instagram post by "Texas Children's Hospital (3628729)":

Victoria Gabriela Rodriguez-Morales
Criminal Complaint

     a.   *Your childrens hospital may blow in pieces If yall dont do as i say*".

17.     Per Meta Platforms federal search warrant returns for Instagram account @pilon_gaby, on May 22, 2023, Instagram user @pilon_gaby commented the following on an Instagram post by "Uvalde Radio (6003953006)":

     a.   *Pete Arredondo thought he had it but look how he ended, being hated by everyone. That how i wanted to destroy him. Pete didnt listen to me and i told him i was going to send domeone to shoot theirs school only at uvalde but he said " yeah come and proove it" so i sended salvador my ex boyfriend to shoot a school from uvalde. He dint wait for me so he did the Robb elementary by himself. Sadly he got killed... We Clowns will shoot uvalde high school and blow up memorial hospital. When????? Its gonna be surprise*

18.     On or about June 5, 2023, an Uvalde Police Department Detective informed that a citizen of Dilley, Texas, reported receiving threats on Instagram from the account @pilon_gaby, to include, but not limited to statements such as:

     a.   *...Me and Salvador planned this massacre...*
     b.   *...Uvalde high school is next for 2024 I can't wait to get more blood in my hands...*
     c.   *...The new school in construction is going to be blowed up by c4...*
     d.   *I will haunt everyone from class 2022 to 2023 Each and every single one of y'all will die in the name of Salvador I have a whole crew waiting for my signal to start the plan we have...*
     e.   *...I have a friend that is in Arizona and if he receives shit about me he will shoot his high school So don't report unless you want people to die faster...*
     f.   *He though I was joking And then boom all the little losers souls die and went to their little so far called heaven I pray for them to be in the burning hell...*
     g.   *...I'll be waiting for your response [devil emoji]*

19.     Per Meta Platforms federal search warrant returns for Instagram account @pilon_gaby, between June 6, 2023, and June 8, 2023, @pilon_gaby exchanged Direct Messages with Instagram account @y*l*v*li*e, in which the following messages (not all inclusive) were sent by the Instagram account @pilon_gaby:

6

Victoria Gabriela Rodriguez-Morales
Criminal Complaint

    a.  *They wer meant to die" + "Lovely they diedI'm glad some of their blood runs in my hands Me and Salvador wanted to do this together but he don't wait for me to comeAnyways  more kids will die and teens so don't cry about this one cause there's worse coming*

    b.  *…mfks more kids will die in my hands I got 46 more people*

    c.  *I will shoot Uvalde high school and Jr high*

20.    Per Meta Platforms federal search warrant returns for Instagram account @pilon_gaby, between June 9, 2023, and June 12, 2023, @pilon_gaby exchanged Direct Messages with Instagram account @ei**e*y, in which the following messages (not all inclusive) were sent by the Instagram account @pilon_gaby:

    a.  *yo kids will die you mfk*

    b.  *And go suck mu gun bitch*

    c.  *Wanna know my little secret?" + "I have like 46 people ready for this massacre*

    d.  *I will kill ual mfk and cops n shit.*

    e.  *And if you keep texting me I will find ir ip adress" + "And kill u*

    f.  *I have lots of guns ready to play" + "Uvalde already has fallen*

    g.  *Imma kill more kids at the new school they're constructing*

    h.  *Then good that their dead" + "And don't text me anymore if you don't want anymore dead*

    i.  *imma shoot y'all new elementary school*

    j.  *you'll see me when I put a bullet between your eyes*

    k.  *I will blow your head up*

    l.  *Ill find you and kill u*



21.    Per Meta Platforms federal search warrant returns for Instagram account @pilon_gaby, between June 13, 2023, and June 14, 2023, @pilon_gaby exchanged Direct Messages with Instagram account @ut*.b**le, in which the following messages (not all inclusive) were sent by the Instagram account @pilon_gaby:

    a.  *Just don't get on my way and you will not suffer*

    b.  *imma shoot up the new elementary and the high school + And if you don't want to be part of it Stop whatever your dealing with and keep it quiet*

    c.  *Your friends messed messed up with me*

    d.  *so theyre paying for everything by getting killed*

    e.  *"you back the hell off before I get there and bring my .40".*[3]

    f.  *it wasn't cause by bf died"* in reply to:

        i.  @ut*.b**le *"you may think the may 24 was funny but it's not"*

    g.  *I will kill all them mfk that are on uvalde high school and the new elementary that they are building*



pilon_gaby (58980971929)      ↗ Sent
6/14/2023 4:45:16 PM
I will kill all them mfk that are on uvalde high school and the new elementary that they are building

22.    Per Meta Platforms federal search warrant returns for Instagram account @pilon_gaby, on June 8, 2023, Instagram user @pilon_gaby commented the following on an Instagram post by "New York Post (225193095)":

    a.  "*Lovely they died I'm glad some of their blood runs in my hands Me and salvador wanted to do this together but he did not wait for me to come Anyways more kids will die and teens so don't cry about this one cause there's worse coming*".

23.    Per Meta Platforms search warrant returns for Instagram account @pilon_gaby, on May 22, 2023, Instagram user @pilon_gaby commented the following on an Instagram post by "Uvalde Highschool Cuties 😫 (50719647216)":

    a.  *I kill yall next year at uhs*

---

[3] The term ".40" is known to be used to describe the caliber of ammunition a specific firearm can fire.

24.     Per Meta Platforms federal search warrant returns for Instagram account @pilon_gaby, on June 8, 2023, Instagram user @pilon_gaby commented the following on an Instagram post by "In Peace Portraits (7871817773)":

    a.  *@in_peace_portraits yo yo the fuck i say what i want to say these are my fucking real words And im getting rid of people like you and their kid so whats up huh whats up. If i say i will shoot uvalde high school and morales jr high i will mfk*

## THREATS MADE BY FACEBOOK, GMAIL, AND OTHER ASSOCIATED ACCOUNTS

25.     On September 24, 2023, Uvalde Consolidated Independent School District (CISD) received a threat to life from email schoolshooter893@gmail.com to webmaster@uvaldecisd.net, indicating intentions to shoot and blow-up Uvalde Texas high school and Texas A&M college, as well as kill civilians. The message stated:

    a.  *We will kill each and every one of you We will shoot and blow up Uvalde Texas high school and Texas A&M college…*
    b.  *…we will kill every single civilian that lives at Uvalde at one night using bombs…*

26.     Between approximately September 24, 2023, and September 28, 2023, email address schoolshooter7878@gmail.com sent the following messages, among others, to Uvalde CISD:

    a.  *I'm sorry but it's to late Imma do what I gotta do You can't do none me being here And I don't want help This is gonna happen no matter what You stopping me or not*
    b.  *I told Pete days before the school shooting I called him and told him what was going to happen 4 days before the massacre And look what happened So it isn't what it is*
    c.  *This shit will happen unless you hand over $830,000 cash I'm dead serious None of that shit that this is not credible yada yada Hand ''em over and I'll stop myself and the other people*
    d.  *I got my aks and Ars15 ready over ther…*
    e.  *Here's my telegram + Caribeglock*

Victoria Gabriela Rodriguez-Morales
Criminal Complaint

    f.    *Ohh can I tell you that there will be bombs at the uvalde memorial hospital + O shit I just spoiled one of them surprises + Nah but if you don't try anything stupid we will*

    g.    *My name is Victoria + What's up?*

    h.    *Look I have killed before + The kid that went missing here in Puerto Rico + What's his name again Victor + Yeah I picked him up from school and killed him*

    i.    *Me and Salvador Ramos planned this a long time ago Still he didn't wait for me But hey at least some of them kids runs in my hands I don't feel guilt at all*

    j.    *Im even thinking to do the same in my college*

27.    On October 2, 2023, the FBI National Threat Operations Center received a complaint from K.Y., who while watching a streaming session on Kick.com, witnessed another user of the Kick platform with username "shooter_2022", enter the chat room and post "*We will shoot Uvalde Texas high school and Texas A&M college.*"

28.    On October 2, 2023, an Emergency Disclosure Request was issued to Kick.com regarding the threat to Uvalde, Texas high school and Texas A&M college through their support email addresses. Kick.com responded stating that the subject who made the threat used the email twqt5ws7qj@privaterelay.appleid.com and accessed their website on October 2, 2023.[4] The private relay twqt5ws7qj@privaterelay.appleid.com was linked to telephone number (939) ***-3263 and email address felipe.o*******@icloud.com in Emergency Disclosure returns from Apple.

29.    On October 3, 2023, Kick's Legal Team informed they suspected the subject that posted the threats on October 2, 2023, created an alternate account through Google with the Kick.com username "killer_22", and email: schoolshooter7878@gmail.com. Killer_22 posted

---

[4] "Private Relay" is an Apple iCloud service meant to conceal the true identity of a user during web browsing sessions.

Victoria Gabriela Rodriguez-Morales
Criminal Complaint

"*We will shoot Uvalde Texas high school and Texas A&M college*" and "*those are the guns imma use there*". Both Kick accounts posted the same threatening message verbatim, to include the same formatting. Kick.com also informed that they subsequently banned both Kick accounts that made the threats for violations to their Terms of Service and Community Guidelines. An email found in search warrant returns from Gmail, sent to schoolshooter7878@gmail.com from no-reply@kick.live, dated October 3, 2023, advised account "Killer_22" that their Kick.com account was suspended due to a beach of terms of service.

30.     On October 12, 2023, the Uvalde Police Department and Uvalde Leader News received threats via Meta Platform's Facebook Messenger from screen name "Gabriela Morales", account number 61552295398566. Per Texas authorities, the threat to Uvalde Police Department stated, "*We will shoot Uvalde Texas high school*" and the threat to Uvalde Leader News stated, "*we will kill every citizen that lives in Uvalde, Texas*".

31.     On October 13, 2023, Meta Platforms generated returns of subscriber information for Facebook account 61552295398566, screen name "Gabriela Morales", which included the phone number (939) ***-3263 as being associated to the account and "verified".[5] The subscriber information also included the email schoolshooter7878@gmail.com, previously associated to other threats made on other online platforms.

32.     On October 25, 2023, Uvalde, Texas' City Hall received a threat by email from schoolshooter7878@gmail.com with the subject "*Fwd: Stay away if you don't want to die*". The content of the message included several threats such as:

     a.   *Imma stop threatening ... and start to take action of my sayings...*
     b.   *...They will shoot Uvalde high school and morales jr high whenever I tell 'em So yeah the persecution is gonna start today...*

---

[5] Per Meta Platforms, "Verified" indicates the account holder responded to a text sent to the listed phone number.

Victoria Gabriela Rodriguez-Morales
Criminal Complaint

    c.  *Can't wait to see you on the news and all them parents crying for their "poor little teens*

33.    On October 25, 2023, schoolshooter7878@gmail.com sent an email to *g*ti**r*z*2*8@uvaldecisd.net with the following content:

    a.  *If Mata Rubio wins the elections I will kill her*[6]



34.    On October 28, 2023, Facebook account 61552295398566, with display name "Gabriela Morales", previously linked to (939) ***-3263, made a threat on a Zavala County Sheriff's Office Facebook page post stating:

    a.  *We will shoot uvalde texas high school…*
    b.  *…Me and Salvador wanted to kill 'em kids together…*
    c.  *…So yeah I'm planning the best of all…*



---

[6] Mata Rubio likely refers to Kimberly Mata-Rubio, who according to open-source reporting, her daughter was killed in the Uvalde, Texas, shooting at Robb Elementary, and was running for office to become mayor of Uvalde.

35.   Facebook account 61552295398566, with display name "Gabriela Morales" also identifies on the Facebook page as "SchoolShooter".

36.   Pursuant to a federal search warrant, the FBI reviewed the contents of Google email accounts schoolshooter7878@gmail.com and schoolshooter893@gmail.com.

37.   The following emails containing threats of violence were found within schoolshooter7878@gmail.com Google search warrant returns:

   *a.*  Email from schoolshooter7878@gmail.com to cityhall@uvaldetx.gov on September 30, 2023, with content:

      i.   *I got my aks and ARs15 ready over there and over here and some people Me and Salvador Ramos planned the massacre a long time ago Still he didn't wait for me But hey at least some of them kids blood runs in my hands I don't feel guilt at all But yeah We will shoot Uvalde Texas high school an Texas A&M college This shit will happen even if I die Ask Pete Arrendondo 4 days before sal going out crazy without me I called Pete and told him what was gonna happen But he insisted on telling me that I wasn't credible enough so I took the next step and told Salvador Salvador got mad and acted out So if y'all mfk don't do whatever I say All the citizens of Uvalde Texas will be slaughtered and killed on my name That's all folks*

   *b.*  Email from schoolshooter7878@gmail.com to ke\*\*\*pe\*\*ey@aseschool.org on October 1, 2023, with subject line "Shoot up a school" and content:

      i.   *I got my aks and ARs15 ready over there and over here and some people Me and Salvador Ramos planned the massacre a long time ago Still he didn't wait for me But hey at least some of them kids blood runs in my hands I don't feel guilt at all But yeah We will shoot Uvalde Texas high school an Texas A&M college This shit will happen even if I die Ask Pete Arrendondo 4 days before sal going out crazy without me I called Pete and told him what was gonna happen But he insisted on telling me that I wasn't credible enough so I took the next step and told Salvador Salvador got mad and acted out So if y'all mfk don't do whatever I say All the citizens of Uvalde Texas will be slaughtered and killed on my name That's all folks Ohh and I'll shoot up your schools too..*

13

Victoria Gabriela Rodriguez-Morales
Criminal Complaint

c. Email from schoolshooter7878@gmail.com to *ahe**a**ez@cityofpearsall.org on October 1, 2023, with subject line "Shoot up a school" and with content:

  i. *I got my aks and ARs15 ready over there and over here and some people Me and Salvador Ramos planned the massacre a long time ago Still he didn't wait for me But hey at least some of them kids blood runs in my hands I don't feel guilt at all But yeah We will shoot Uvalde Texas high school an Texas A&M college This shit will happen even if I die Ask Pete Arrendondo 4 days before sal going out crazy without me I called Pete and told him what was gonna happen But he insisted on telling me that I wasn't credible enough so I took the next step and told Salvador Salvador got mad and acted out So if y'all mfk don't do whatever I say All the citizens of Uvalde Texas will be slaughtered and killed on my name That's all folks*

d. Email from schoolshooter7878@gmail.com to *g**ie**ez@uvaldecisd.net on October 27, 2023, with subject line "Re: Stay away if you don't want to die" and content:

  i. *Imma stop threatening and opening my thoughts and start to take action of my sayings I won't regret nothing that happens over there They will shoot uvalde high school and morales jr high whenever I tell 'em So yeah the persecution is gonna start today I already got pictures of the inside of both schools Sending them to my people so they can take the next step which is get prepared They are like 56 people that will get both of them schools See you on the news "chief Josh" Don't worry none of them adults will get hurt if they don't intervene with them Which is also counting you You are brave but you underestimate me too much so not sorry for all the losses that y'all can have during 202# Lime I said I won't say the time nor the date But it will be pretty soon Can't wait to see you on the news and all them parents crying for their "poor little teens"*

38. The following email content containing threats of violence was found within schoolshooter893@gmail.com search warrant returns:

a. Email from schoolshooter893@gmail.com to Webmaster@uvaldecisd.net on September 24, 2023, with subject line "Kill you all" and content:

14

Victoria Gabriela Rodriguez-Morales
Criminal Complaint

     i. *We will kill each and every one of you We will shoot and blow up Uvalde Texas high school and Texas A&amp;M college Don't try me I got people there that will help me do that shit I don't regret for a second the plan that I did with Salvador Ramos  I'm glad that some of them kids blood runs in my hands We planned whenever I was there But he couldn't wait for me  So if we don't get to do this we will kill every single civilian that lives at uvalde at one night using bombs See y'all really soon We've planned this for a while so don't mind on getting prepared cause we're even more* 😡😡😡

   *b.* Email from schoolshooter893@gmail.com to Webmaster@uvaldecisd.net and cc to Cityhall@uvaldetx.gov on September 24, 2023, with subject line "Kill you all" and content:

     i. *We will kill each and every one of you We will shoot and blow up Uvalde Texas high school and Texas A&amp;M college  Don't try me I got people there that will help me do that shit I don't regret for a second the plan that I did with Salvador Ramos  I'm glad that some of them kids blood runs in my hands We planned whenever I was there But he couldn't wait for me  So if we don't get to do this we will kill every single civilian that lives at uvalde at one night using bombs See y'all really soon We've planned this for a while so don't m*

### RODRIGUEZ-MORALES' LINK TO THE ACCOUNTS

   39.   Per Meta Platforms returns, Instagram account @pilon_gaby's subscriber information included the phone number (939) ***-3263 as being associated to the account username handle @pilon_gaby. The same was true for Facebook account 61552295398566, which also had phone number (939) ***-3263 on the account. The phone number was "verified" on both accounts.[7]

---

[7] Per Meta Platforms, "Verified" indicates the account holder responded to a text sent to the listed phone number.

Victoria Gabriela Rodriguez-Morales
Criminal Complaint

40.    On June 5, 2023, Instagram account @pilon_gaby direct messaged Instagram account @t*d_d**g*0*2*_p* a message with the content "*Mera llámame En el 939-***-3263*", which summary translates into English as "Hey, call me at 939-***-3263".

41.    Per Meta Platforms returns for Instagram account @pilon_gaby, the following messages were identified containing indications that Victoria RODRIGUEZ-MORALES was the user of the Instagram account @pilon_gaby, when considered among other investigative information:

    *a.*    On May 1, 2023, Instagram account @pilon_gaby direct messaged Instagram account @*o*t*l*o_*e**da* a message stating, "*Hola es Victoria*" and "*Espero que estés bien*", which summary translates into English as "Hi it's Victoria" and "I hope you are well".

    *b.*    On May 10, 2023, Instagram account @pilon_gaby direct messaged Instagram account @sm**e*n*el.* a message stating, "*Se parece a ti jajajaEs Vicky*", which summary translates into English as "*It looks like you hahaha it's Vicky*".[8] On the same day, @pilon_gaby direct messaged Instagram account @br**it*n*u*n**na a message stating, "*Es Vicky pendejo*", which summary translates into English as "It's Vicky dumbass".

    *c.*    On May 26, 2023, another Instagram account, @pi**n_fi**st, direct messaged Instagram account @pilon_gaby a message stating "*Vicky*" and "*Tu vas a comprar el 100?*", which summary translates into English as "Vicky, are you going to buy the 100?".

---

[8] "Vicky" is a commonly used nickname for Victoria.

16

    *d.* Instagram account @pi**n_fi**st was identified in returns for Instagram accounts @pilon_gaby and @caribeglock_04 as a common link between the accounts. In direct messaging, @pi**n_fi**st refers to both accounts, @pilon_gaby and @caribeglock_04, by "Vicky" and "Victoria" on multiple occasions.

42. Per Meta Platforms returns, Instagram Account @pilon_gaby was accessed by the Device Type: UUID Id: 5E8181B1-9AEB-4600-A04E-1F2EF8E05501. Per the same search warrant returns, the same device Id accessed Instagram account User: 62059466523. The account identifier for unique ID 62059466523 (at the time the warrant was serviced)[9] was @caribeglock_04. Because the same device was used to access Instagram account @pilon_gaby and Instagram Account @caribeglock_04, it can be inferred that the two accounts share the same operator.

43. On November 2, 2023, the FBI accessed the public (at the time of access)[10] Instagram account @caribeglock_04. Within the "Highlights" of Instagram account @caribeglock_04, were photos and videos of Victoria Gabriela RODRIGUEZ-MORALES to include videos and photos taken in a "selfie" manner, indicating they were likely captured and shared by Victoria Gabriela Rodriguez Morales.

44. Per Meta Platforms returns, in response to a federal search warrant for Instagram account @caribeglock_04, the following messages were identified:

---

[9] While Instagram username handles in the format "@username" can be changed by the account operator, the numerical Unique ID tied to the account by Instagram will remain the same regardless of the username handle chosen.
[10] Instagram account operators can adjust privacy settings in their account that restrict viewing of their posts, stories, and highlights, to approved followers only, or followers that were already approved at the time of toggling a "private" account status. An account can be made "public", making it accessible to all users that are not blocked by the account, or "private", which will restrict account content to be viewable only by approved followers.

a.  On October 28, 2023, Instagram account @caribeglock_04 direct messaged Instagram account @n_o*********t_o a message stating, "*VR*", in response to a message from @n_o*********t_o asking, "*Como es que te llamas?*", which translates into English as "What is your name?". Instagram account @n_o*********t_o then asked "*Victoria?*" to which @caribeglock_04 responded "*Victoria Sssiiiii [facepalm emoji]*", which summary translates into English as "Victoria, yes".

b.  On the same day, @caribeglock_04 sent @n_o*********t_o a message that stated, "*Te wa dar mi número pq aveces borro Instagram pq mami no sabe que lo tengo*", which summary translates into English as "I'm going to give you my number because sometimes I delete Instagram because my mom doesn't know I have it". A follow-up message then read "*939-***-3263*". On the same day, @caribeglock_04 sent a photo through direct message to @n_o*********t_o, which shows Victoria Rodriguez Morales taking a picture with the front camera of a phone, capturing half of her face and a mirror behind her, which shows a reflection of Victoria Rodriguez Morales holding the phone and taking the picture in a "selfie" manner.



c.  On the same day, @caribeglock_04 sent a photo through direct message to
@n_o*********t_o of a female, identified as Victoria, kissing a male on
the cheek. She then sent a message that states "*Buste ese es mi primo*",
which summary translates in English into "Just kidding, that's my cousin".
Before this message, @caribeglock_04 had messaged that she would send
a photo to @n_o*********t_o of the love of her life.

Victoria Gabriela Rodriguez-Morales
Criminal Complaint



d. On November 2, 2023, Instagram account @pi**n_fi**st direct messaged
Instagram account @caribeglock_04 a message stating "*Y yo me acabo de
levantar Victoria*", which summary translate into English as "and I just
woke up Victoria".

45.    In light of both Instagram account's apparent use of the same phone number and
device, as well as the common @pi**n_fi**st contact and being referred to by the @pi**n_fi**st
account by the same names, "Vicky" and "Victoria", as well as the photos of Victoria on account
@caribeglock_04, your affiant concluded that the two accounts share the same operator:
RODRIGUEZ-MORALES.

46.    Moreover, per Meta Platforms returns, a registered email for the Instagram account
@caribeglock_04 is vrodriguez444@email.*****.edu. Open-source searches revealed the domain

corresponds to UNIVERSITY A[11]'s e-mail system. FBI surveillance conducted in November 2023, confirmed Victoria Gabriela RODRIGUEZ-MORALES studies at UNIVERSITY A.

47.     In response to a federal court order, UNIVERSITY A confirmed that the email account vrodriguez444@email.*****.edu (tied to phone number (939) ***-3263 in Uber and to Instagram account @pilon_gaby per Meta Platforms) belongs to one of their students by the name of Victoria RODRIGUEZ MORALES, date of birth August X, 2004, phone numbers (939) ***-4130 and (939) ***-3263 (used for multi-factor authentication method), personal email vrodriguezmorales@*****.com, and listed address in Adjuntas, Puerto Rico. Additionally, UNIVERSITY A confirmed that the email vrodriguez444@email.*****.edu was accessed by an iOS device. The listed address is the same address present on RODRIGUEZ-MORALES' mother's Driver's License record.

48.     Between November 2, 2023, and November 6, 2023, the FBI conducted a review of the search warrant return contents of Gmail account schoolshooter7878@gmail.com. Within the contents, the FBI identified an email from "CallerSmart", email address feedback@callersmartemail.com, with subject line "(939) ***-3263 Claimed: Welcome to Our Community Phone Book" along with the content "Welcome to CallerSmart School. Thank you for taking charge of (939) ***-3263!…". The email received indicates a link between the operator of schoolshooter7878@gmail.com email account, a CallerSmart account, and the phone number (939) ***-3263, linked to Victoria Gabriela RODRIGUEZ-MORALES' UNIVERSITY A email account.

---

[11] UNIVERSITY A is a higher-education institution with several campuses throughout Puerto Rico.

Victoria Gabriela Rodriguez-Morales
Criminal Complaint

49.     On September 28, 2023, schoolshooter7878@gmail.com received from Instagram <no-reply@mail.instagram.com> an email addressed to the operator of Instagram account @caribeglock_04, with subject line "*Tu código de confirmación de correo electrónico*". A summary translation for the email subject line is "Your email address confirmation code".[12] At the bottom of the email, a notice reads "*Este mensaje se envió a schoolshooter7878@gmail.com y está dirigido a caribeglock_04.",* which summary translates into "This message was sent to schoolshooter7878@gmail.com and is directed to caribeglock_04.", indicating the operator of schoolshooter7878@gmail.com is also the operator of Instagram account @caribeglock_04.

50.     On September 28, 2023, schoolshooter7878@gmail.com received from Instagram <no-reply@mail.instagram.com> an email addressed to the operator of Instagram account @caribeglock_04, with subject line "*Vuelves a tener acceso a Instagram, caribeglock_04*". A summary translation for the aforementioned email subject line is "You have access to Instagram again, caribeglock_04". At the bottom of the email, a notice reads "*Este mensaje se envió a schoolshooter7878@gmail.com y está dirigido a caribeglock_04.*", which summary translates into "This message was sent to schoolshooter7878@gmail.com and is directed to caribeglock_04.". The email also includes a link to initiate an Instagram login for @caribeglock_04, indicating the operator of schoolshooter7878@gmail.com is also the operator of Instagram Account @caribeglock_04.

---

[12] A confirmation code is provided by many online platforms to account operators who choose to do so. The code can be received at an email or phone the account operator adds to their account, so that they can access the account after verifying their identity with the code as an extra layer of security.

Victoria Gabriela Rodriguez-Morales
Criminal Complaint

51.     On October 2, 2023, schoolshooter7878@gmail.com received from Kick <noreply@email.kick.com> an email with subject line "112436 - Sign Up Verification Code".[13] On October 3, 2023, schoolshooter7878@gmail.com received from Kick <no-reply@kick.live> an email, addressed to account "Killer_22", with subject line "Your Kick account has been suspended" and content indicating "Your account has been temporarily suspended due to a breach of terms of service.". The username "Killer_22" was previously used to make threats on Kick.com.

52.     On October 12, 2023, the Gmail account schoolshooter7878@gmail.com was linked to a Google search query for UNIVERSITY A's portal. This Google search query would lead to results for UNIVERSITY A, some of which would allow a student's accounts to be accessed. Many universities and schools provide online platforms for students to conduct actions related to schooling such as, but not limited to, sending, and receiving emails, checking grades, enrolling in courses, making payments, and / or downloading and submitting assignments.

53.     The review of the records revealed that Instagram account @pilon_gaby, Facebook account 61552295398566, Gmail account schoolshooter7878@gmail.com, all of which were used to communicate threats to injure in interstate commerce, are tied to phone number (939) ***-3263. The same number is tied to, and used to verify, RODRIGUEZ-MORALES's email at UNIVERSITY A.

54.     On October 16, 2023, Claro Puerto Rico provided subscriber information for phone number (939) ***-3263. The phone number is subscribed to C.G.N. C.G.N. has been identified as

---

[13] Online platforms can request a user provide a phone or email address to receive a verification code to confirm the user is a human, or that they are in control of the email or phone number provided for signing up on their platform.

the godmother of Victoria Gabriela RODRIGUEZ-MORALES. The phone number (939) ***-3263, per Claro Puerto Rico, has been in service since December 2022.

55.     A review of the records for (939) ***-3263 also revealed that it made several calls to Uvalde Area Code (830), and two frequently called numbers are tied to RODRIGUEZ-MORALES's mother (V.M.H). Specifically, number 939-***-5506 is registered to V.M.H. per Claro records obtained in 2020 and telephone number (939) ***-4130 is listed on V.M.H.'s driver's license and on RODRIGUEZ-MORALES's identification card from the Government of Puerto Rico. One of the (830) area code numbers called, (830) 278-9147, was the phone number for the City of Uvalde Police Department.

56.     Per Meta Platforms returns in response to a search warrant for Instagram account @caribeglock_04, on October 27, 2023, Instagram account @n_o*********t_o direct messaged @caribeglock_04 asking "*Y en donde tú estudias?*", which translates into English as "And where do you study?". Instagram account @caribeglock_04 replied with the name and location of UNIVERSITY A. FBI surveillance conducted in November 2023, confirmed Victoria Gabriela RODRIGUEZ-MORALES studies at the mentioned location of UNIVERSITY A. During surveillance, RODRIGUEZ-MORALES was in possession of a cellphone.

57.     Per Uber Technologies, Inc. ("Uber", the rideshare application) phone number (939) ***-3263 is tied to an Uber account that was created on August 11, 2023, and is associated to email address vrodriguez444@email.*****.edu, corroborating that the user of (939) ***-3263 is RODRIGUEZ-MORALES, a student at UNIVERSITY A.

58.     The phone number (939) ***-3263 was determined to be linked to an Apple device through an iMessage Query conducted on another iMessage capable device. iMessage is a function available on Apple devices using Apple Operating Systems (OS) such as MacOS, iOS, iPadOS,

Victoria Gabriela Rodriguez-Morales
Criminal Complaint

and watchOS. Per an Apple return, the phone number is linked to iCloud account felipe.o*******@iCloud.com, as well as the Apple Private Relay twqt5ws7qj@privaterelay.appleid.com, which had been previously used to access the platform Kick.com and make threats on October 2, 2023. Felipe O******* (name on the iCloud email) is the name of RODRIGUEZ-MORALES' stepfather. Also present on the iCloud return, is the name of RODRIGUEZ-MORALES' mother, V.M.H.

59.     Apple Search Warrant returns for iCloud account felipe.o*******@icloud.com contained multiple documents addressed to RODRIGUEZ-MORALES including her name, social security number, and other personally identifying information. This included acceptance letters to UNIVERSITY A for the 2023-2024 school year, as well as scheduling documents for classes at UNIVERSITY A. Additionally, the iCloud account contained multiple photos of RODRIGUEZ-MORALES in different settings, with many taken as a "Selfie", she is depicted alone and with family members or friends, indicating she captured the photos herself. This further solidifies the link between the phone number (939) ***-3263, iCloud account felipe.o*******@icloud.com, and RODRIGUEZ-MORALES.

60.     Based on the above, your affiant has probable cause to believe that Victoria Gabriela RODRIGUEZ-MORALES is the operator of Instagram account @pilon_gaby, Facebook account Gabriela Morales (61552295398566), Gmail account schoolshooter7878@gmail.com, Gmail account schoolshooter893@gmail.com; the twqt5ws7qj@privaterelay.appleid.com Apple private relay address, an Apple device associated to phone number (939) ***-3263, email address vrodriguez444@email.*****.edu, Kick.com account shooter_2022, and Kick.com account killer_22, all of which were used to transmit threatening communications in interstate commerce.

Victoria Gabriela Rodriguez-Morales
Criminal Complaint

## CONCLUSION

61.     Based on the forgoing, there is probable cause to believe that, from on or about

April 23, 2023 until on or about October 2023, Victoria Gabriela RODRIGUEZ-MORALES,

while residing and operating in the Commonwealth of Puerto Rico, knowingly and wittingly made

threats of death or serious physical injury against public institutions, public officials, and private

citizens in the state of Texas, in violation of Title 18, United States Code, Section 875(c)

(Threatening Interstate Communications).

62.     I declare under penalty of perjury and in good faith that the foregoing statements

are true and correct to the best of my knowledge this 22nd of November of 2023.


Kevin O. Vázquez
Special Agent
Federal Bureau of Investigation

Sworn pursuant to FRCP 4.1 at 9:46 AM by telephone this 22nd day of November 2023 in San

Juan, Puerto Rico.


Marshal Morgan
United States Magistrate Judge
District of Puerto Rico

26